IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00990-ZLW

GUADALUPE RUBIO-DIAZ,

Applicant,

v.

KEVIN MILYARD, S.C.F. Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 15 2007

GREGORY C. LANGHAM
CLERK

---

## ORDER DENYING MOTION TO RECONSIDER

---

Applicant Guadalupe Rubio-Diaz has filed *pro se* on August 9, 2007, a document titled "Relief From Judgment or Order" in which he asks the Court to reconsider and vacate the Court's Order and Judgment of Dismissal filed in this action on July 10, 2007. The Court must construe the motion liberally because Mr. Rubio-Diaz is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243.

Mr. Rubio-Diaz' motion to reconsider, which was filed more than ten days after the Court's Order and Judgment of Dismissal, will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed the instant habeas corpus action as barred by the one-year limitation period. Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Rubio-Diaz fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the document titled "Relief From Judgment or Order" filed on August 9, 2007, which the Court has construed as a motion to reconsider, is denied.

DATED at Denver, Colorado, this _15_ day of _____Aug._____, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00990-BNB

Guadlupe Rubio-Diaz
Prisoner No.  68416
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751


     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on____8/15/7____

GREGORY C. LANGHAM, CLERK

By:_____
                Deputy Clerk